PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA  EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Danielle M.
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3132

Name of Asst. U.S. Attorney (if assigned): Nicholas D. Moses

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
SA Melissa Ammons FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: New Orleans, LA  County: Orleans

CASE NO. 22-151  SECT. I MAG. 5

USA vs.
Defendant: Jamie P. McNamara
Address: Lee's Summit, MO 64081

☐ Interpreter Required  Dialect: _____

Birth Date: 1975
☑ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number: xxx-xx-2876

**DEFENDANT**

Issue: ☐ Warrant  ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Randy Chartash and Brian Steel
☐ FPD  ☐ CJA  ☑ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts: 18 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | See Attached. | | |
| | | | |
| | | | |
| | | | |
| | | | |

22-151
SECT. 1 MAG.5

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

| Offense Level (1,3,4) | Title & Section Petty =1/Misdemeanor =3/Felony =4 | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud and Wire Fraud | 1 |
| 4 | 18 U.S.C. § 1347 and 2 | Health Care Fraud | 2-9 |
| 4 | 18 U.S.C. § 371 | Conspiracy to Pay and Receive Health Care Kickbacks | 10 |
| 4 | 42 U.S.C. § 1320a-7b(b)(2), 18 U.S.C. § 2 | Offering and Paying Health Care Kickbacks | 11-12 |
| 4 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 13 |
| 4 | 18 U.S.C. § 1956(a)(1)(B)(i) and 2 | Money Laundering | 14-15 |
| 4 | 18 U.S.C. § 1957(a) and 2 | Money Laundering | 16-18 |