UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

JAMIE P. MCNAMARA

CRIMINAL NO.   22-151

SECTION "I"

VIOLATION: 18 U.S.C.§ 1349,
18 U.S.C.§ 1347, 18 U.S.C.§ 371,
42 U.S.C.§ 1320a-7b(b)(2), 18 U.S.C.§
1956 (h), 18 U.S.C.§ 1956(a)(1)(B)(i), 18
U.S.C.§ 1957(a) and 2

## NOTICE OF INITIAL APPEARANCE AND ARRAIGNMENT

Take Notice that this criminal case has been set for **INITIAL APPEARANCE AND ARRAIGNMENT** on **JULY 29, 2022** at **8:30 A.M.**, before U.S. Magistrate Donna Phillips Currault, 500 Poydras Street, Courtroom B421, New Orleans, LA 70130.

  **\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\* PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:   July 18, 2022

TO:

Jamie P. McNamara      **(SUMMONS)**

Counsel for defendant:
Randy Chartash
3151 Maple Drive, N.E.
Atlanta, GA   30305
Email:  randy@chartashlaw.com

**If you change address,
notify clerk of court
by phone, 589-7752**

CAROL MICHEL, CLERK

Issued by:   Bridget Gregory, Deputy Clerk

AUSA:   Kelly Z. Walters, Justin M. Woodard,
and Nicholas D. Moses

S/A Melissa Ammons, FBI

U.S. Marshal
U.S. Probation Office
U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER:   **NONE**