MINUTE ENTRY
JULY 29, 2022
CURRAULT, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL ACTION

VERSUS          NO. 22-151

JAMIE P. MCNAMARA          SECTION: I

## INITIAL APPEARANCE

APPEARANCES:   X   DEFENDANT WITH/WITHOUT COUNSEL   Randy Chartash -by video; Brian Steel -by video, Townsend Myers - by video

         X   ASSISTANT U.S. ATTORNEY   Nicholas Moses; Justin Woodard; Kelly Walters – by video

         ___ INTERPRETER _____

Designated by Court and sworn.    Time: _____ .M to _____ M.

X / DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT WAS:
     READ   WAIVED   (SUMMARIZED)

X / DEFENDANT INFORMED THE COURT THAT COUNSEL (HAS BEEN)/WOULD BE RETAINED

__ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 21

X/ BOND SET AT   $5,000 Unsecured Appearance Bond

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

See attached for additional Conditions of Release

X/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR   Held

_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR _____

_/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

X/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

DEFENDANT'S NAME: JAMIE P. MCNAMARA         CASE NO. 22-151 I

## ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:
- [✓] a) submit to supervision by and report for supervision to the US PROBATION
- [ ] b) Obtain/Maintain employment
- [✓] d) surrender any passport to U. S. Probation
- [✓] e) not obtain a passport or other international travel document
- [ ] f) abide by the following travel restrictions: Continental U.S. [ ]  EDLA [ ]  LA [ ]
  Other _____
- [✓] g) avoid all contact with victim/witness [✓]  co–defendants [✓]
  Other: or co-conspirators relative to this case - May speak with family members but do not talk about this case unless attorneys are present.
- [ ] h) medical or psychiatric treatment if directed by Pretrial Services
- [ ] k) not possess firearm, destructive device or other weapon
- [✓] l) not use alcohol: at all [ ]  excessively [✓]
- [ ] m) not use or unlawfully possess narcotic drug/controlled substances
- [ ] n) submit to testing for a prohibited substance if required by Pretrial Services
- [ ] o) participate in drug treatment as directed by Pretrial Services
- [ ] p) participate in location restriction program:
  - [ ] (i) Curfew
  - [ ] (ii) Home Detention
  - [ ] (iii) Home Incarceration
  - [ ] (iv) Stand Alone Monitoring
- [ ] q) submit to the following location monitoring technology and comply with its requirements as directed:
  - [ ] (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  - [ ] (ii) Voice Recognition; or
  - [ ] (iii) Radio Frequency; or
  - [ ] (iv) GPS.
- [ ] r) pay all or part of the cost of location monitoring as determined by Pretrial Services or supervising officer
- [✓] s) report every contact with law enforcement personnel to Pretrial Services
- [✓] t) Other(s): Any form of self-employment or business establishment must be pre-approved by U. S. Probation
  Must not seek or obtain employment in the healthcare field.

