UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | **CRIMINAL NO: 2:22-cr-151-LMA-MBN** |
| **v.** | ) | |
| | ) | |
| **JAMIE MCNAMARA** | ) | |

### DEFENDANT JAMIE MCNAMARA'S UNOPPOSED MOTION TO DECLARE THE CASE COMPLEX PURSUANT TO 18 U.S.C. § 3161 AND CONTINUE THE TRIAL DATE

Defendant, Jamie McNamara, by and through undersigned counsel, respectfully moves this Court for an order: (1) designating this a complex case; (2) vacating current discovery, motions and trial dates; (3) setting an additional status conference, at which time new dates may be set; and (4) excluding time under the Speedy Trial Act from the filing of this motion through and including the status hearing, pursuant to 18 USC § 3161(h)(7)(A) and 18 USC § 3161(h)(7)(B). The government has advised defense counsel that it does not oppose this motion. In support of its motion the defense states as follows:

1.

On July 14, 2022, a grand jury in the Eastern District of Louisiana returned an eighteen count indictment charging Jamie McNamara with Conspiracy to Commit Health Care Fraud and Wire Fraud in violation of 18 U.S.C. § 1349; eight counts of health care fraud in violation of 18 U.S.C. §§ 1347 and 2; Conspiracy to Pay and

1

Receive Health Care Kickbacks in violation of 18 U.S.C. § 371; two counts of Offering and Paying Health Care Kickbacks in violation of 42 USC. § 1320a-7b(b)(2) and 18 U.S.C. § 2; Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956(h), and two counts of substantive money laundering in violation of 18 U.S.C. §§ 1957 and 2; and a related forfeiture count.

2.

A Pre-trial Conference has been set for August 31, 2022. Jury trial in this matter has been set for October 3, 2022. Doc. 17.

3.

This criminal case began as part of a national investigation into the cancer genetic testing industry in 2018. It then became the object of a May 26, 2020, search and seizure warrant executed on the defendant's business email account and multipole seizure warrants. In addition to the above search warrant, search warrants were executed around the same time on laboratories and individuals, in multiple states, that were also involved in cancer genetic testing. The government also executed search warrants for various email accounts associated with subjects under investigation. Much of the information obtained from these search warrants may be relevant to the instant criminal case.

4.

Discovery in the instant matter is underway and is voluminous and extensive, including Medicare claims data and enrollment information, financial information, law enforcement interview reports, and information obtained via the above search warrants. At present, the government estimates that the volume of discovery will ultimately exceed hundreds of gigabytes of information

5.

This large volume of documents and data potentially relate to hundreds of patients and patient visits, occurring during the period from November 2018 through July 2020. The alleged illegal billing is alleged to have created an illegal CMS reimbursement in the amount of $174 Million. Doc. 1 at ¶ 34.

6.

Undersigned counsel has consulted DOJ Attorney Justin Woodard and has no opposition to this motion and remedy herein sought.

7.

Due to the above facts and circumstances attendant to this case, the ends of justice served by granting the relief herein sought outweigh the best interest of the public and the defendant in a trial within the general time limits. 18 U.S.C. §3161(h)(7)(A).

8.

This case is so complex, due to the nature of the prosecution, the vast volume of documentary and other evidence, and issues of search and seizure, that it is unreasonable to expect adequate preparation for pretrial proceedings and for trial on the merits within the general time limits. 18 U.S.C. §3161(h)(7)(B)(ii).

9.

Failure to grant a continuance and to certify this case as complex would deny counsel for the defendant and the Government reasonable time necessary for effective preparation, considering reasonable diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

WHEREFORE, the undersigned respectfully requests this Court enter an ORDER granting this Unopposed Motion To Certify the Case as Complex under the Speedy Trial Act; (2) continuing the currently set pretrial conference and jury trial setting; and (3) setting a status conference for the purpose of selecting a pretrial conference and trial date.

[signatures on next page]

                                        Respectfully submitted,

This 17th day of August, 2022.

                                        <u>/s/ Randy S. Chartash</u>
                                        Randy S. Chartash
                                        (admitted pro hac vice)
                                        Georgia Bar No. 121760
                                        randy@chartashlaw.com
                                        Chartash Law, LLC
                                        3151 Maple Dr., NE
                                        Atlanta, GA 30305
                                        Tel: 404-333-2423

                                        Attorney for Defendant J. McNamara

## **<u>CERTFICATE OF SERVICE</u>**

    I hereby certify that a copy of this matter and order gave been served via PACER on all counsel of record. This 17th day of August, 2022.

                                        <u>*/s/ Randy S. Chartash*</u>