UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | **CRIM. NO: 2:22-cr-00151-LMA-MBN** |
| **v.** | ) | |
| | ) | |
| **JAMIE MCNAMARA** | ) | |

## ORDER

The Court hereby finds that the ends of justice served by continuing trial outweigh the best interest of the public and the defendant in a trial within the general time limits. 18 U.S.C.§3161(h)(7)(A).

In making this determination, the Court finds that this case is so complex due to the nature of the prosecution, the large volume of documentary and other evidence, and issues of search and seizure, that it is unreasonable to expect adequate preparation for pretrial proceedings and for trial on the merits within the general time limits otherwise applicable. 18 U.S.C. §3161(h)(7)(B)(ii).

The Court further finds that a trial date within the statutory speedy trial period would deny counsel the reasonable time necessary for effective preparation, considering reasonable diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

1

**IT IS ORDERED** that the Unopposed Motion To Certify the Case as Complex Under the Speedy Trial Act is GRANTED. The currently set pretrial conference and jury trial are continued.

**IT IS FURTHER ORDERED** that a status conference is hereby assigned for ___ day of ___ at _____ o'clock for the purpose of selecting a pretrial and trial date.

_____
**JUDGE LANCE M. AFRICK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**