**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 22-151** |
| **JAMIE P. MCNAMARA** | **SECTION I** |

## ORDER

Before the Court is the plaintiff, Jamie P McNamara's ("plaintiff"), unopposed motion[1] to: (1) designate the above-captioned matter a complex case; (2) vacate current pretrial and trial dates; (3) set an additional status conference, at which time new dates may be set; and (4) exclude time under the Speedy Trial Act from the filing of plaintiff's motion through and including the scheduling conference, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B). Considering the motion,

The Court finds that, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii), this case is complex due to the nature of the prosecution, the large volume of documentary and other evidence, and issues relating to searches and seizures. The Court also finds that it is unreasonable to expect adequate preparation for pretrial proceedings and for trial on the merits within the time limits established by Title 18, United States Code, Section 3161, and that a trial date within the statutory speedy trial period would deny counsel the reasonable time necessary for

---

[1] R. Doc. No. 19.

effective preparation, considering reasonable diligence. The Court, therefore, finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B). Accordingly,

IT IS ORDERED that the motion is **GRANTED**;

**IT IS FURTHER ORDERED** that trial in the above-captioned matter is continued to **DECEMBER 5, 2022, at 8:30 A.M.** and that the pretrial conference is continued to **NOVEMBER 2, 2022 at 3:00 P.M.**

New Orleans, Louisiana, August 17, 2022.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**