UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| VERSUS | No. 22-151 |
| JAMIE P. MCNAMARA | SECTION I |

### ORDER

Before the Court is defendant Jamie P. McNamara's ("defendant") unopposed motion[1] to continue the pretrial conference and trial in the above-captioned matter.

This Court has previously granted three requests by the defendant for a continuance.[2] The Court also understands that, while there is currently a scheduling conflict between the above-captioned action and the pending action in the Northern District of Georgia,[3] this conflict could potentially be resolved without the Court continuing the currently scheduled dates in the above-captioned action. Accordingly,

**IT IS ORDERED** that defendant's motion is **DENIED** without prejudice to either party reurging the motion at the currently scheduled pretrial conference.

New Orleans, Louisiana, April 11, 2023.

     _____
     **LANCE M. AFRICK
     UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 36.
[2] *See* R. Doc. Nos. 19, 25, 29.
[3] *United States v. Lewis*, N.D. Ga. Case No. 21-231.