UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 22-151 |
| JAMIE P. MCNAMARA | SECTION I |

## ORDER

**IT IS ORDERED** that, due to a scheduling conflict, the pretrial conference in the above-captioned matter is continued to **JUNE 21, 2023 at 1:00 P.M.**

New Orleans, Louisiana, June 6, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE