UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-151 |
| JAMIE MCNAMARA | SECTION: "P" (5) |

## ORDER

Considering the foregoing Joint Consent Motion by the United States and Defendant McNamara for a Continuance of the Trial and the Pre-Trial Hearing Dates (Doc. 57),

The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), that the failure to grant the requested continuance would result in a miscarriage of justice based on the reasons given in the motion, and that additional time is necessary for effective preparation by counsel considering the nature of the charges.

Accordingly, **IT IS ORDERED** that the trial and pretrial conference in this matter, presently set for August 14, 2023, and August 2, 2023, respectively, are hereby **CONTINUED**.

**IT IS FURTHER ORDERED** that a telephone status conference is **SET** for August 16, 2023, at 2:30 p.m. for the purpose of selecting a pretrial conference and trial date. Call-in information will be provided to counsel shortly before the conference.

In accordance with the provisions of 18 U.S.C. § 3161, this Court finds that the period of delay resulting from the granting of this continuance should be excluded under the provisions of the Speedy Trial Act.

New Orleans, Louisiana, this 25th day of July, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**