UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-151 |
| JAMIE P. MCNAMARA | SECTION "I" |

## ORDER AND REASONS

Pending before me is the Government's Ex Parte/Consent Motion for Leave to File Under Seal Its Memorandum in Support of Probation's Petition for Hearing to Show Cause Why Defendant's Bond Should Not be Revoked. ECF No. 145. Having considered the record, the submissions and arguments of counsel, and the applicable law, the Motion is GRANTED IN PART AND DENIED IN PART for the reasons stated herein.

The Government seeks to seal its Memorandum in Support of Motion to Revoke Bond and accompanying exhibits. Sealing court documents "must be justified and weighed against the presumption of openness that can be rebutted only by compelling and countervailing interests favoring nondisclosure."[1] The party seeking to seal a document "must explain in particularity the necessity for sealing[.]"[2] This requires the movant to not only point to specific confidential information contained in the document, but also show the specific harm that would be suffered if the public were granted access to this document.[3]

---

[1] *Binh Hoa Le v. Exeter Fin. Corp.,* 990 F.3d 410, 421 (5th Cir. 2021).
[2] *BP Expl. & Prod., Inc. v. Claimant ID 100246928*, 920 F.3d 209, 211 (5th Cir. 2019) (internal quotations and citation omitted).
[3] *Omega Hosp., LLC v. Cmty. Ins. Co.*, No. CV 14-2264, 2015 WL 13534251, at *4 (E.D. La. Aug. 12, 2015) (citing *N. Cypress v. Med. Ctr. Operating Co. v. Cigna Healthcare*, 781 F.3d 182, 204 (5th Cir. 2015)).

In light of the working presumption that judicial records are not sealed[4] and mindful of the public's common law right to inspect and copy judicial records,[5] and after a document-by-document, line-by-line analysis,[6] the Court finds that it is not appropriate to seal the entire filing. Rather, the appropriate course of action is for the Government to file a redacted Memorandum and exhibits, redacting the information obtained from sealed documents and other personally identifiable information, and also file the unredacted documents under seal. This ensures the public access to the filings while still protecting the confidentiality and privacy issues implicated by the filing. Accordingly,

IT IS ORDERED that the Government's Ex Parte/Consent Motion for Leave to File Under Seal Its Memorandum in Support of Probation's Petition for Hearing to Show Cause Why Defendant's Bond Should Not be Revoked is GRANTED IN PART AND DENIED IN PART as stated herein.

IT IS FURTHER ORDERED that the Government file the redacted document within 14 days.

New Orleans, Louisiana, this ___16th___ day of April, 2025.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[4] *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 417–19 (5th Cir. 2021) (citations omitted).
[5] *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845 (5th Cir. 1993); *see also Nixon v. Warner Comm'ns, Inc.*, 435 U.S. 589, 597 (1978); *Belo Broadcasting Corp. v. Clark*, 654 F.2d 423, 429 (5th Cir. 1981).
[6] *I F G Port Holdings, L.L.C. v. Lake Charles Harbor & Terminal Dist.*, 82 F.4th 402, 410 (5th Cir. 2023) (quoting *Binh Hoa Le*, 990 F.3d at 419); *see June Med. Servs.*, 22 F.4th at 520.